1    UNITED STATES DISTRICT COURT

2    DISTRICT OF NEVADA

3

4    * * *

5    UNITED STATES OF AMERICA,                    Case No. 2:09-mj-699-RJJ

6                          Plaintiff,              ~~PROPOSED~~ ORDER

7    vs.

8    CHRISTOPHER CANNON,

9                          Defendant.

10

11          Based on the above points and authorities and good cause appearing therefore, the

12   **UNOPPOSED MOTION FOR EARLY TERMINATION OF PROBATION** is hereby

13   granted.  **IT IS HEREBY ORDERED** that the term of probation be terminated.

14          DATED this  25th  day of _____April_____, 2012.

15

16                                    _____

17                                    UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28